FELIX GUTKIND v. GEORGE LUEDERS & CO.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.